No. 1540, Misc. McDANIELS v. PITCHESS, SHERIFF, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1206, Misc. GRUVER v. SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Kathryn H. Baldwin* for respondent.

No. 1303, Misc. ROBINSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *De Long Harris* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1448, Misc. GOLDSMITH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1506, Misc. MORDECAI v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Paul Bender* for petitioner. *Solicitor General Griswold* for the United States.

No. 714. SWAIN ET AL. v. BOARD OF ADJUSTMENT OF THE CITY OF UNIVERSITY PARK ET AL., 396 U. S. 277. Petition for rehearing denied.